UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GILBERT BIGORD
Plaintiff(s),

v.

JOSEPH B. EDLOW, et al
Defendant(s).

Civil Action No. 26-13617-JEK

**ORDER OF DISMISSAL**

**KOBICK, D.J.**

In accordance with the parties' Notice of Voluntary Dismissal entered November 12, 2026, ECF 7, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

Dated: November 13, 2026

/s/ Haley Currie

Deputy Clerk